# Third District Court of Appeal

## State of Florida

Opinion filed April 21, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-617
Lower Tribunal No. F98-40785

————————

**British D. Moss,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

British D. Moss, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. See Johnson v. State, 60 So. 3d 1045 (Fla. 2011) (holding that, under Florida Rule of Criminal Procedure 3.800(a), the burden is on the defendant to affirmatively identify those court records which, on their face, demonstrate the existence of an illegal sentence or an entitlement to relief; the State has no burden to establish the defendant is not entitled to relief); Cox v. State, 221 So. 3d 723 (Fla. 3d DCA 2017) (same). See also Burgess v. State, 831 So. 2d 137 (Fla. 2002) (acknowledging that, as a general rule, claims raised in a motion under rule 3.800(a) must be capable of resolution as a matter of law, without an evidentiary determination, and on the face of the existing court records).